In the Matter of the Application of HANSEN & METZGER, INC., Appellant, for an Order of Certiorari against HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents, and WILLIAM J. HEFFERNAN and Another, Intervenors, Respondents.— Order denying motion to confirm referee's report, sustaining the determination of the board of standards and appeals in denying appellant's application for leave to erect a gasoline service station on its property, and quashing the certiorari order, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

In the Matter of the Application of HERMAN KLAMER, Petitioner, for an Order of Certiorari against EDWARD P. MULROONEY and Others, Constituting the New York State Liquor Authority, and Others, Respondents.— Certiorari to review determination of New York State Liquor Authority revoking license of petitioner and disapproving an application to renew his license. Determination of said authority unanimously confirmed and certiorari proceeding dismissed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of AMBROSE G. TODD, as Executor and Trustee under the Last Will and Testament of FLORENCE A. KRAWSER, Deceased, Respondent, for Payment of Award Made for Parcel Damage Nos. 111, 112, 113, 114, 115, 116 and 117 on the Damage Map and in the Final Decree of the Supreme Court in the Proceeding for Acquiring Title to Twenty-fifth Street, from Siegel Avenue to Patterson Avenue, etc., in the Borough of Queens, City of New York. JOSEPH D. McGOLDRICK, Comptroller of the City of New York, and Another, Appellants.— The petitioner sought payment of awards to an "unknown owner" on damage parcels Nos. 111–117 as made in the final decree in the proceeding for acquiring title to Twenty-fifth street, from Siegel avenue to Patterson avenue, in the borough of Queens. The matter was referred to a referee. There was no hostile claim filed and the referee found that the petitioner was entitled to the award for such parcels, with interest. Under a similar state of facts payment had been ordered in a prior proceeding to the same claimant in respect to damage parcels Nos. 119 and 120, and the claimant had also been awarded surplus moneys in an action to foreclose tax liens on property traced to the same source of title. The referee found that the petitioner was entitled to the award for the parcels in question, and the order from which the appeal is taken confirmed the referee's report and directed payment of the award to petitioner. Resettled order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.